UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WHITNEY EBANKS, | CASE NO. 2:18-cv-04864-GJS |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER TO JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| TERMINIX INTERNATIONAL, LP, a Tennessee Corporation, TERMINIX INTERNATIONAL INC., a Tennessee Corporation, MELISSA HUMPHREY, an individual and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: April 30, 2018<br>Date of Removal: June 1, 2018 |

After reviewing the Joint Stipulation of Dismissal of Entire Action with Prejudice, and good cause appearing, it is hereby ORDERED that:

1. The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.

IT IS SO ORDERED

DATED: September 10, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

WSACTIVELLP:10798542.1

2

**Case No.: 2:18-cv-04864-GJS**
**[PROPOSED] ORDER TO JOINT STIPULATION OF**
**DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**